

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2016

No. 04-16-00275-CR

Gabriel Barrera **ZAMARRIPA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5916
Honorable Ron Rangel, Judge Presiding

# O R D E R

On April 29, 2016, appellant filed a "Notice of Appeal From Negotiated Plea" in cause numbers 2014-CR-5915, 2014-CR-5916, and 2014-CR-5319. It appears from the record before us, however, that cause numbers 2014-CR-5915 and 2014-CR-5916 were dismissed pursuant to the State's motion on March 23, 2016 and no final judgment exists in relation to these matters. There being no final judgment or appealable order signed by the trial court, it appears this court lacks jurisdiction over these appeals. *See Ex parte Culver*, 932 S.W.2d 207, 210 (Tex. App.—El Paso 1996, pet ref'd) (appellate courts generally only have jurisdiction to consider an appeal by a criminal defendant where there has been a judgment of conviction).

Accordingly, appellant is hereby ORDERED to show cause in writing, no later than May 31, 2016, why these appeals should not be dismissed for lack of jurisdiction.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2016.



Keith E. Hottle
Clerk of Court